

# Fourth Court of Appeals
## San Antonio, Texas

### JUDGMENT

No. 04-24-00167-CV

**IN THE INTEREST OF S.C.M., C.W.M., AND E.W.M.**, Children

From the 224th Judicial District Court, Bexar County, Texas
Trial Court No. 2015-CI-14753
Honorable David A. Canales, Judge Presiding

BEFORE JUSTICE RODRIGUEZ, JUSTICE VALENZUELA, AND JUSTICE BRISSETTE

In accordance with this court's memorandum opinion of this date, appellant's unopposed motion to dismiss this appeal is GRANTED, and the appeal is DISMISSED. *See* TEX. R. APP. P. 42.1(a). Costs of appeal are taxed against the party who incurred them. *See id*. 42.1(d).

SIGNED November 20, 2024.

Liza A. Rodriguez, Justice